UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Yendi Trevino, et al.**Civil No. 10cv04411 SRN/JJK**

      Plaintiff,

v.

Del Monte Corporation,

      Defendant.

---

**NOTICE OF MOTION FOR APPROVAL OF ATTORNEYS' FEES,
REIMBURSEMENT OF EXPENSES AND
INCENTIVE AWARDS FOR NAMED PLAINTIFFS**

---

    Plaintiffs Yendi Trevino, Vanessa Quintanilla, Lydia Diaz, Claudia Diaz, and Maria Diaz hereby move the Court for an order granting the Plaintiffs' Motion for Approval of Attorneys' Fees, Reimbursement of Expenses and Incentive Awards for Named Plaintiffs.

    This motion is based upon Defendant's memorandum of law, the Affidavit of Troy Poetz and the entire file and proceedings herein.

    Dated:  September 14, 2012RAJKOWSKI HANSMEIER LTD.

                                                                 s/Troy A. Poetz
                                                        Troy A. Poetz, MN Atty #0318267
                                                        Gregory J. Haupert, MN Atty #0320213
                                                        11 Seventh Avenue North
                                                        P.O. Box 1433
                                                         St. Cloud, Minnesota  56302
                                                         (320) 251-1055
                                                         Attorneys for Plaintiffs